IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BRYON YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-0651-CV-W-HFS |
| ) | |
| TIME WARNER CABLE CAPITAL, L.P., ) | |
| d/b/a TIME WARNER CABLE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff and defendants have filed a stipulation of dismissal with prejudice. The requirements of Federal Rule of Civil Procedure 41(a)(1)(ii) are satisfied, and it is therefore

ORDERED that the above action shall be dismissed with prejudice, with each party to bear its own costs.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

November 28, 2006

Kansas City, Missouri